**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 19-CR-108

DESIREE GUNTER,

        Defendant.

**ORDER GRANTING MOTION TO ADJOURN
FINAL PRE-TRIAL AND JURY TRIAL AND EXCLUDING TIME**

Defendant Desiree Gunter, has requested an adjournment of the final pre-trial and trial dates in the above matter. The request for an adjournment is based upon counsel's need for additional time to review 6 CDs of newly obtained discovery, consult with the defendant, and complete her investigation of potential witnesses, thereby enabling counsel the time necessary for effective preparation and due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The government has no objection.

Based upon the foregoing, counsel's request that the court set a status conference in 45 days is GRANTED and the final pre-trial and trial dates are removed from the calendar. Further, the additional time required between the filing of this motion and the newly scheduled status conference is excluded under the Speedy Trial Act based on the court's finding that counsel's need to further

review discovery and investigate potential witnesses outweighs either the defendant's or the public's interest in a speedy trial. Accordingly, the Clerk is directed to set this matter for a status conference to be held in approximately 45 days.

**SO ORDERED** this ___1st___ day of August, 2019.

s/ William C. Griesbach  
William C. Griesbach, Chief Judge  
United States District Court