# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 19-CR-108

DESIREE GUNTER,

    Defendant.

# ORDER GRANTING MOTION TO ADJOURN
# AND EXCLUDING TIME

This case was set for a change of plea hearing on January 8, 2020. The change of plea date was postponed to January 22, 2020 because of another trial. Counsel for the Government has now filed a motion asking that the Change of Plea hearing currently scheduled for January 22, 2020 be adjourned for approximately 30 days to allow finalization of the plea agreement. Counsel for the defendant joins in the request and the defendant herself has been released from custody and has been compliant with the conditions of her pre-trial release. Counsel indicates that the parties continue to discuss a resolution of the case and additional matters of investigative interest are being pursued which may impact the resolution.

Based upon the foregoing, the motion for an adjournment is granted and the clerk shall set this matter for a chance of plea hearing in approximately 30 days. Any time resulting from this delay is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The court finds that the delay resulting from a continuance is warranted to allow the parties to complete finalization of their plea agreement and the investigatory matters referenced. The Court is satisfied that the interest of

the parties in resolving the case without the time, expense, and uncertainty of a jury trial outweigh the interest of either the defendant or the public in a speedy trial.  Accordingly, the motion is granted and the Clerk shall set this matter on the court calendar for a new Change of Plea hearing.

    **SO ORDERED** this    21st    day of January, 2020.

                                             s/ William C. Griesbach
                                             William C. Griesbach, Chief Judge
                                             United States District Court